IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.08-cv-01545-REB-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

WILLIAM H. WESSON,

    Respondent.

**FINAL ENFORCEMENT ORDER**

The matter before the Court is the Petition to Enforce Internal Revenue Service Summons and accompanying exhibits (doc. no. 1, filed July 23, 2008). The Court conducted a hearing on September 12, 2008. The Petitioner appeared by counsel, and the Respondent appeared pro se. Having considered the existing record, including the United States' Petition to Enforce Internal Revenue Service Summons and accompanying exhibits (doc. no. 1, filed July 23, 2008), the Respondent's response (doc. no. 4, filed September 8, 2008),[1] and all facts asserted, reasons stated, arguments advanced, and authorities cited by the parties in their papers and during the hearing on September 12,

---

[1] Because the Respondent is acting pro se, the Court considered construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. See *Haines v. Kerner*, 104 U.S. 519, 520-21 (1972), *Hall v. Belmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

1

2008, this Court finds as follows:

1. On March 6, 2008, the Internal Revenue Service ("IRS") issued a summons to William H. Wesson (hereafter "Respondent").

2. The IRS summons was issued in good faith to Respondent for a legitimate purpose — to obtain information concerning the determination of the federal income tax liability for the years ending December 31, 2003; December 31, 2004; December 31, 2005; December 31, 2006 and December 31, 2007.

3. The above-listed tax periods were specified in the IRS summons served on Respondent.

4. The testimony, records, and documents demanded by the IRS summons are not in the possession of the IRS.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Declaration of Service (doc. no. 3, filed August 21, 2008), Respondent was served on August 14, 2008 with an Order to Show Cause that was issued by the Court on July 28, 2008 and a copy of the Petition.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the IRS summons.

9. The Court has jurisdiction over this matter under 26 U.S.C. §§ 7402 and 7604(a), and under 28 U.S.C. §§ 1340 and 1345.

10. The Petitioner has established that (1) the investigation will be conducted for a legitimate purpose; (2) the inquiry is relevant to that purpose; (3) the material sought is not already within the government's possession; (4) the administrative steps required by the Internal Revenue Code and applicable regulations have been followed; and (5) no criminal referral regarding the case has been made to the Department of Justice. *United States v. LaSalle Nat'l Bank*, 437 U.S. 298, 318 (1978); *United States v. Powell, 379 U.S. 48, 57-58 (1964).*

IT IS THEREFORE ORDERED as follows:

1. That the Petition to Enforce Internal Revenue Service Summons (doc. no. 1, filed July 23, 2008) is granted;

2. That the Respondent shall comply with and obey the IRS summons served upon him by appearing at the IRS office at 2425 S. Grand Ave., Glenwood Springs, Colorado 81602 before Revenue Officer Kurt Kuxhausen, telephone number (970) 243-9811 ext. 229 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than October 13, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the IRS summons; provided, furthermore, that a violation of this Order or any order issued or entered by the Court as a result of this hearing, may be punished as contempt of court for which the punishment may include incarceration and/or payment of fines, costs and attorney fees; and

3. That on entry of this Order, this case shall be closed, and Judgment shall be

entered in favor of the Petitioner.

Dated this 12th day of September, 2008.

BY THE COURT:

s/ Robert E. Blackburn
ROBERT E. BLACKBURN
UNITED STATES DISTRICT JUDGE