IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01545-REB

UNITED STATES OF AMERICA,

       Petitioner,

v.

WILLIAM H. WESSON,

       Respondent.

---

ORDER TO CURE DEFICIENCY

---

Blackburn, Judge

    Respondent submitted a Notice of Appeal on October 8, 2008. The court has determined that the document is deficient as described in this order. Respondent will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>   is not submitted
      ___   is not on proper form (must use the court's current form)
      ___   is missing original signature by plaintiff/petitioner on motion
      ___   is missing affidavit
      ___   affidavit is incomplete
      ___   is missing original signature by plaintiff/petitioner on affidavit
      ___   affidavit is not notarized or is not properly notarized
      ___   other_____

Accordingly, it is

    ORDERED that Respondent cure the deficiencies designated above within 30 days from

the date of this order.  Any papers that Respondent filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Respondent, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Respondent fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 9th  day of October, 2008.

BY THE COURT:

**s/ Robert E. Blackburn**
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO