# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 08-cv-01545-REB-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM H. WESSON,

      Defendant.

---

## ORDER DENYING RESPONDENT'S MOTION FOR
## FINDINGS OF FACT AND CONCLUSIONS OF LAW F.R.CIV.P. *r* [sic] 52

---

**Blackburn, J.**

      The matter before me is **Respondent's Motion for Findings of Fact and Conclusions of Law F.R.Civ.P. *r* [sic] 52** [#10], filed October 8, 2008. I deny the motion.

      Plaintiff relies on Rule 52 to ask to "PLEASE STATE SEPARATELY THE CONCLUSIONS OF LAW IN RE EACH SEPARATELY STATED FACT." (Motion at 2.) Initially, I note that his reliance on Rule 52 is misplaced, as that rule applies to "actions *tried* upon the facts," **FED.R.CIV.P.** 52(a) (emphasis added), not to hearings such as was conducted here. Nevertheless, even if Rule 52 were applicable, I have entered findings of fact and conclusions of law in this case. (*See* **Final Enforcement Order** [#7], filed September 12, 2008.) Moreover, nothing in Rule 52 requires me to link individual findings of fact to separate conclusions of law.

I do note, however, that although my Final Enforcement Order provided that judgment be entered in favor of Petitioner, judgment has not yet been entered.  I, thus, will direct the Clerk of the Court to enter judgment forthwith.

**THEREFORE, IT IS ORDERED** as follows:

1.  That  **Respondent's Motion for Findings of Fact and Conclusions of Law F.R.Civ.P.** *r* **[sic] 52** [#10], filed October 8, 2008, is **DENIED**; and

2.  That the Clerk of the Court is **DIRECTED** to enter judgment forthwith in accordance with my **Final Enforcement Order** [#7], filed September 12, 2008.

Dated October 10, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**