**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date:    November 24, 2008**

Ginny Kramer, Courtroom Deputy
Terri Lindblom, Court Reporter

**Civil Case No.  08-cv-01545-REB**

UNITED STATES OF AMERICA,                          Amanda Rocque

        Petitioner

v.

WILLIAM H. WESSON,                                 Pro Se

        Respondent.

---

**COURTROOM MINUTES - SHOW CAUSE HEARING**

---

**10:00 a.m.      Court in session.**

Appearances of counsel.

Internal Revenue Agent, Kurt Kuxhausen,  is present in court.

Respondent, William Wesson, is present in court.

Opening statements by the court.

Statements to the Court by the Petitioner.

The Petitioner calls witness IRS Agent Kurt Kuxhausen.

10:12 a.m.      Direct examination of the witness, Agent Kurt Kuxhausen.

The Petitioner offers Exhibits 1 and 2.

No objections.

**Exhibits 1 and 2 is admitted into evidence.**

10:18 a.m.      Cross examination of the witness, Agent Kuxhausen, by Mr. Wesson.

The witness is excused.

Argument by Ms. Rocque for the Petitioner.

Argument by Mr. Wesson.

Mr. Wesson tenders to the Court the Respondent Instanter *[sic]* Response to the Court's Show Cause Hearing.

The Court accepts the Respondent's Response for filing.

The record shall reflect that the Respondent has tendered the records requested to the Government.

The Petitioner requests a short recess to review the records tendered by Mr. Wesson.

The Court will take a short recess, at which time no one shall leave the courtroom.

**10:32 a.m.      Court in recess.**
**10:40 a.m.      Court in session.**

The Petitioner has reviewed the documents tendered by the Respondent.

Statements to the Court by the Petitioner.

Response to the Court by the Respondent.

Reply by the Petitioner.

The Court enters Findings of Fact, Conclusions of Law, and orders.

The Court will issue the Findings of Fact, Conclusions of Law and orders also in writing.

**It is ORDERED:**

1.   That the United States Motion to Enforce Final Enforcement Order and Judgment [ #15] filed October 15, 2008, is **granted;**

2.   That all objections interposed by the Respondent, whether in his original brief, [#17] filed October 29, 2008, or in the paper the Court permitted him to file today are **overruled.**

3.   That the Respondent's of this Court for use immunity is respectfully **denied**;

4.   That the Respondent, William H. Wesson, is found **guilty of contempt** of this Court and adjudicated to be in contempt;

5.   That as a sanction Mr. Wesson shall be incarcerated by the United States

Marshal for the District of Colorado unless or until he complies fully without condition or qualification to this Court's order that he disclose the information and documents required by the IRS summons at issue in this case; provided, however, **that execution of this sanction to incarceration is STAYED until close of business, 5:00 p.m. Mountain Standard Time, on December 15, 2008**;

6. That if Mr. Wesson has not fully complied with the IRS summons by December 15, 2008, by 5:00 p.m., on affidavit or declaration by the petitioner, then he shall be subject to arrest and incarceration pending his full compliance with said summons;

7. That the Court takes under advisement the imposition of additional sanctions, including a fine and/or the imposition of attorney fees and costs; and

8. That the Petitioner, the United States of America, **on or before December 5, 2008**, shall submit its affidavit for attorney fees and costs incurred in the commencement and prosecution of this action, so that the Court may be edified with respect to the imposition of additional sanctions to include, but not necessarily be limited to payment by the Respondent of reasonable attorney fees and costs.

**11:11 a.m.** **Court in recess**.

*Total in court time: 01:11 - hearing concluded*